# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Leon Lowenthal                                                                                              Bankruptcy Case No.:
                                                                                                                              19–24115–rdd

Alan Rubenstein

                              Plaintiff(s),

–against–                                                                                                                  Adversary Proceeding
                                                                                                                              No. 20–06209–rdd

Leon Lowenthal
Prosperity LM, INC.
PW Insurance Agency Corp.
The Birch Group Inc.
John Doe #1 through Jane Doe #10 the last 10 names being fictitious and unknown to the Plaintiff, the persons or parties intended being the occupants, tenants, persons or entities, if any, having or claiming an interest in or lien upon the premises described in the adversary complaint

                              Defendant(s)

## SECOND
## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

**Address of Clerk:**

         **Clerk of the Court**
         **United States Bankruptcy Court**
         **Southern District of New York**
         **300 Quarropas Street**
         **White Plains, NY 10601**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

         **Jacob Ginsburg**
         **Jacob Ginsburg, Esq. PLLC**
         **One Concord Drive**
         **Monsey, NY 10952**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | Room: Courtroom 118, White Plains Courthouse, 300 Quarropas Street, White Plains, NY 10601<br><br>Date and Time: 7/24/20 at 10:00 AM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 5/6/20                                                                  Vito Genna
                                                                                        _____
                                                                                        *Clerk of the Court*

                                                                                        By: /s/ Mimi Correa

*Deputy Clerk*